IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GERALD L. BRUMLEY                                          PLAINTIFF

V.                            NO. 04-6134

CITY OF ROCKPORT, CHIEF
DAVID THOMASON, AND OFFICER
BRANDON THOMASON                                          DEFENDANTS

JUDGMENT

For the reasons set forth in an order filed herewith,, Defendants' Motion for summary judgment (Doc. 30) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 3rd day of November, 2005.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge